IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERI MIRZA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:26-cv-02353-K (BT) |
| | § | |
| WELLMED MEDICAL | § | |
| MANAGEMENT INC., | § | |
| Defendant. | § | |

**ORDER ACCEPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Report and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Report and Recommendation of the Magistrate Judge is correct, and it is accepted by this Court. Plaintiff's motions to proceed *in forma pauperis* (ECF Nos. 4, 6) are **DENIED.** Plaintiff's case may be dismissed under Federal Rule of Civil Procedure 41(b) by separate judgment and without further notice unless she pays the full $405.00 filing fee within fifteen days of this order.

SO ORDERED.

Signed September 23rd, 2026.

Ed Kinkeade
ED KINKEADE
UNITED STATES DISTRICT JUDGE